IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA KARAFFA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-1184 |
| | : | |
| MONTGOMERY TOWNSHIP, et al. | : | |

### ORDER

AND NOW, this 21st day of March, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants Montgomery Township, Jo Marie Pearson, and Ann Shade's Motion for Summary Judgment (Document 32) is GRANTED. Judgment is entered in favor of Defendants and against Plaintiff Patricia Karaffa on all Counts of the Complaint.

It is further ORDERED:

- Karaffa's Motion for Partial Summary Judgment on Counts I and II (Liability Only) (Document 30) is DENIED; and

- Defendants' Motion in Limine to Preclude Trial Testimony and/or Exhibits (Document 40) is DENIED as moot.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.